**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Shawn Traylor,** | : |
| | : |
| | : **Civil Action No.: 3:10-cv-1242 VLB** |
| **Plaintiff,** | : |
| v. | : |
| | : |
| **Enhanced Recovery Corporation; and DOES 1-10, inclusive,** | : |
| | : |
| **Defendant.** | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Shawn Traylor ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: December 1, 2010**

**Respectfully submitted,**

**PLAINTIFF, Shawn Traylor**

<u>**/s/ Sergei Lemberg**</u>

**Sergei Lemberg, Esq.**
**LEMBERG & ASSOCIATES L.L.C.**
**1100 Summer Street, 3rd Floor**
**Stamford, CT 06905**
**Telephone: (203) 653-2250**
**Facsimile: (877) 795-3666**
**slemberg@lemberglaw.com**

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 1, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                   By  /s/ Sergei Lemberg

                                       Sergei Lemberg